ORIGINAL

JS 44 - No. CALIF. (Rev. 4/97)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO)

**I.(a) PLAINTIFFS**

U.S. Equal Employment Opportunity Commission
350 The Embarcadero, Suite 500
San Francisco, CA 94105-4000

**DEFENDANTS**

J. A. Sutherland, Inc. d/b/a Taco Bell
Steven B McCarthy (Registered Agent)
100 Rio Street, Red Bluff, CA 96080

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.  Tehama

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Evangelina Fierro Hernandez, Equal Employment Opportunity Commission, 350 The Embarcadero, Suite 500
San Francisco, CA 94105-4000   (415) 625-5622

**ATTORNEYS (IF KNOWN)**

## II. BASIS OF JURISDICTION (PLACE AN "✓" IN ONE BOX ONLY)

- [✓] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "✓" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "✓" IN ONE BOX ONLY)

- [✓] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "✓" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 640 RR & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Empl.Ret. Inc. Security Act | **FEDERAL TAX SUITS** | |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motion to Vacate Sentence Habeas Corpus: | | ☐ 870 Taxes (US Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | [✓] 442 Employment / ☐ 530 General | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing / ☐ 535 Death Penalty | | | |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| ☐ 290 All Other Real Property | / ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)  This action is under Title VII (1964)/Title I (1991) of the Civil Rights Act to correct unlawful employment practices on the basis of her sex and to provide appropriate relief.

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   ☐ CHECK YES only if demanded in complaint:   JURY DEMAND: [✓] YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**   PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)** (PLACE A "✓" IN ONE BOX ONLY)   [✓] SAN FRANCISCO/OAKLAND   ☐ SAN JOSE

DATE  8/2/06

SIGNATURE OF ATTORNEY OF RECORD



WILLIAM R. TAMAYO – #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
EVANGELINA FIERRO HERNANDEZ -- #168879 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105
Telephone:  (415) 625-5622
Facsimile:   (415) 625-5657

Attorneys for Plaintiff Equal Employment Opportunity Commission

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY ) Civil Action No.
COMMISSION, )
 )
           Plaintiff, ) **COMPLAINT**
 )
v. ) Civil Rights - Employment
 ) Discrimination
J.A. SUTHERLAND, INC., d/b/a )
TACO BELL, )
 ) DEMAND FOR JURY TRIAL
 )
           Defendant. )

## NATURE OF THE ACTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Charging Party Amanda Manning ("Charging Party Manning") who was adversely affected by such practices. Defendant J.A. Sutherland Inc., d/b/a Taco Bell ("Sutherland"), subjected the Charging Party to unlawful harassment based on her sex.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to §706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-5(f)(1) and

COMPLAINT FOR DISCRIMINATION                                                                       Page 1

(3) ("Title VII") and §102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.    The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Northern District of California, San Francisco division.

## INTRADISTRICT ASSIGNMENT

3.    This action is appropriate for assignment to San Francisco because the unlawful employment practices alleged were and are being committed within Lake County, the employment records relevant to the unlawful practices are located in Lake County, and because Defendant's principal place of business is in Lake County.

## PARTIES

4.    Plaintiff, the Equal Employment Opportunity Commission ("Commission") is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by §706(f)(1) and (3) of Title VII, §2000-e5(f)(1) and (3).

5.    Defendant Sutherland is a California company, doing business in the State of California, in the County of Lake, and has continuously had at least 15 employees.

6.    At all relevant times, Defendant Sutherland has continuously been an employer engaged in an industry affecting commerce, within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. §2000-e5(b), (g) and (h).

9.    At all relevant times, Defendant Sutherland was the sole employer of Charging Party for purposes of Title VII liability.

## STATEMENT OF CLAIMS

## CLAIM FOR RELIEF

**Violation of Title VII of Civil Rights Act : Sex Discrimination, Sexual Harassment**

10.    More than thirty days prior to the institution of this lawsuit, Charging Party filed her charge with Plaintiff Commission, alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

11. Since at least December, 2003, Defendants have engaged in unlawful practices of sex discrimination, in violation §703(a) of Title VII, 42 U.S.C. §2000e-2(a), by subjecting the Charging Party to a sexually hostile, abusive, intimidating and offensive work environment which culminated in a tangible employment action.

12. The effect of the actions complained of in Paragraph 11 above has been to deprive the Charging Party of equal employment opportunities and has otherwise adversely affected her status as an employee because of her sex.

13. The unlawful employment practices complained of in Paragraph 11 above were intentional.

14. The unlawful employment practices complained of in Paragraph 11 above were done with malice or with reckless indifference to the federally protected rights of the Charging Party.

**PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons acting in concert or participation with Defendant, from engaging in discrimination against its employees, including harassment based on sex.

B. Order Defendant to institute and carry out policies, practices, and programs which prohibit harassment based on sex and which serve to eradicate the effects of their unlawful employment practices.

C. Order Defendant to make whole Charging Party harmed by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices complained of above, including, but not limited to, out-of-pocket expenses such as medical care necessitated by Defendant's unlawful conduct, in amounts to be determined at trial.

D. Order Defendant to make whole Charging Party by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of above, including, but not limited to, emotional pain and

1  suffering, inconvenience, loss of enjoyment of life and humiliation, in amounts to be
2  determined at trial.
3       E.   Order Defendant to pay Charging Party by providing punitive damages
4  for the malicious and reckless conduct described above, in amounts to be determined at
5  trial.
6       F.   Grant such further relief as the Court may deem just and proper in the
7  public interest.
8       G.   Award the Commission its costs of this action.

## DEMAND FOR JURY TRIAL

Pursuant to the provisions of Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a jury trial.

James L. Lee
Acting General Counsel

Gwendolyn Young Reams
Associate General Counsel

**Equal Employment Opportunity Commission**
1801 L Street, N.W.
Washington, DC 20507

Date: August 2, 2006

WILLIAM R. TAMAYO
Regional Attorney

Date: Aug 2, 2006

JONATHAN T. PECK
Supervisory Trial Attorney

Date: 8-2, 2006

EVANGELINA FIERRO HERNANDEZ
Senior Trial Attorney

| | |
|---|---|
| 1 | |
| 2 | **Equal Employment Opportunity Commission** |
| 3 | San Francisco District Office |
| 4 | 350 The Embarcadero, Suite 500<br>San Francisco, California 94105 |

COMPLAINT FOR DISCRIMINATION                                      Page 5