IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

          Plaintiff,

AMANDA MANNING,

          Plaintiff-Intervenor,

v.

J.A. SUTHERLAND, INC.,

          Defendant.

NO. C06-4705 TEH

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

In their joint case management statement filed on May 29, 2007, the parties reported that they are in the final stages of settling this case and hope to file a proposed consent decree by June 20, 2007.  Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the case management conference scheduled for June 4, 2007, shall be continued to **Monday, July 23, 2007, at 1:30 PM.**  If the parties have filed the proposed consent decree prior to that date, then no appearances shall be necessary.  If they have not filed the proposed consent decree or otherwise dismissed this case, then the parties shall appear to explain the cause for the delay.

**IT IS SO ORDERED.**

Dated: 05/30/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT